

7 Times Square, New York, NY 10036   Tel: 212-421-4100   Fax: 212-326-0806

New York | Los Angeles

www.pryorcashman.com

**Kaveri Arora**

Direct Tel: 212-326-0453
Direct Fax: 212-326-0806
karora@PRYORCASHMAN.com

January 10, 2020

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 2201
New York, NY 10007

Re:   *STRV, Inc. v. Videri Inc.*, **Case No. 1:19-CV-10027**

Dear Judge Engelmayer:

We are counsel to Defendant Videri Inc. in the above-referenced matter. In accordance with Your Honor's Individual Rules and Practices 1(E), the parties to the above-referenced litigation hereby respectfully submit this joint letter requesting an adjournment of the Initial Pretrial Conference currently scheduled for February 12, 2020 at 10:30 a.m. to the week of February 24, 2020, or any time thereafter. This is the parties' first request for an adjournment.

The parties also respectfully request that the Initial Pretrial Conference be held by telephone in lieu of an in-person conference, given that Plaintiff STRV's counsel resides in California.

Respectfully submitted,

| **FLETCHER LAW PRACTICE** | **PRYOR CASHMAN LLP** |
|---|---|
| By: */s/ Robert S. Fletcher* | By: */s/ Kaveri Arora* |
| Robert S. Fletcher, Esq. | Kaveri Arora, Esq. |
| robert@fletcherlp.com | karora@pryorcashman.com |
| 1 Hallidie Plaza, 2nd Floor | 7 Times Square |
| San Francisco, CA 94102 | New York, NY 10036 |
| Tel: 415-254-0863 | Tel: 212-326-0453 |

The motion is granted. The initial pretrial conference is adjourned to February 28, 2020 at 4:30 p.m. EST. The conference will take place telephonically. Pre-conference submissions are due by February 24, 2020. Plaintiff's counsel should also circulate a dial-in number by email on February 24th. SO ORDERED.

PAUL A. ENGELMAYER   1/10/2020
United States District Judge