UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRV, INC.,<br><br>         Plaintiff,<br>    -v-<br><br>VIDERI, INC.,<br><br>         Defendant. | 19 Civ. 10027 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On February 24, 2020, the parties submitted their proposed case management plan, in which they indicated that they consent to conducting all further proceedings before a Magistrate Judge. 28 U.S.C. § 636(c). Dkt. 20. The parties are directed to complete the consent form at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf and submit a scanned copy of the signed form to EngelmayerNYSDchambers@nysd.uscourts.gov forthwith.

The initial pretrial conference in this matter, currently scheduled for February 28, 2020, at 4:30 p.m., Dkt. 19, is adjourned *sine die*.

SO ORDERED.

                    *Paul A. Engelmayer*
                    PAUL A. ENGELMAYER
                    United States District Judge

Dated: February 24, 2020
    New York, New York