UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRV, INC.,

        Plaintiff,

-against-

VIDERI, INC.,

        Defendant.

19-CV-10027 (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/20

**BARBARA MOSES, United States Magistrate Judge.**

The status conference scheduled for **March 18, 2020, at 11:00 a.m.**, will be conducted telephonically. At that time, the parties shall call into the below teleconference:

    Call in number:    888-363-4749
    Access Code:     7185839

Dated: New York, New York
       March 13, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**